# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America | Case No.: **26-01257MJ** |
|---|---|
| v. | **CRIMINAL COMPLAINT** (Electronically Submitted) |
| Filip Lipinski | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNTS 1-4 (Stalking)

On or about the dates below, in the District of Arizona and elsewhere, Defendant Filip Lipinski, did travel in interstate and foreign commerce with the intent to harass, intimidate and place under surveillance with intent to harass and intimidate another person, and in the course of, and as a result of, such travel and presence engaged in conduct that placed that person in the fear of serious bodily injury to that person and caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to that person in violation of 18 U.S.C. §§ 2261A(1)(A) and 2261A(1)(B).

| Count | Dates (On or about) |
|---|---|
| 1 | January 25, 2022 – February 6, 2022 |
| 2 | April 3, 2024 – April 9, 2024 |
| 3 | September 30, 2025 – December 17, 2025 |
| 4 | January 9, 2026 – March 27, 2026 |

I further state that I am a Special Agent from the FBI and that this complaint is based on the following facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:     ☒ Yes     ☐ No

AUTHORIZED BY: _s/Gayle L. Helart_, AUSA     *Gayle L. Helart*   Digitally signed by GAYLE HELART Date: 2026.04.01 15:21:02 -07'00'

Nicholas Gaietto, Special Agent, FBI
Name of Complainant

Signature of Complainant

Telephonically Sworn to and subscribed
**4/1/2026**
Date

at     Yuma, Arizona
City and State

HONORABLE JAMES F. METCALF
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## Attachment A

### Statutes

### Counts 1 - 4:  Stalking

In summary, it shall be unlawful for any person to travel in interstate and foreign commerce with the intent to harass, intimidate and place under surveillance with intent to harass and intimidate another person, and in the course of, and as a result of, such travel and presence engaged in conduct that placed that person in the fear of serious bodily injury to that person and to cause, attempt to cause, and reasonably expect to cause substantial emotional distress to that person.

A violation of 18 U.S.C. § 2261A(1)(A) and 2261A(1)(B) is punishable by a term of five (5) years' imprisonment, $250,000 fine, and up to 3 years of supervised release.

## STATEMENT OF PROBABLE CAUSE

I, Nicholas Gaietto, Special Agent with Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows, to wit:

## INTRODUCTION

The facts of this case, as more fully detailed herein, are that a 21 year old woman (hereafter referred to as Victim 1 or V1, and whose full identity is known to me), who is a resident of Yuma, Arizona, communicated with a subject on Discord starting in approximately 2021 / 2022.   After a few weeks, the subject professed his love for V1 and proceeded to harass V1 through multiple social media platforms after V1 told him she was not interested in any romantic involvement with him. V1 was a minor at the time of initial contact with the subject in 2021 / 2022. The subject, utilizing multiple Discord accounts to harass both V1, and her friends and family including her younger sister (sister is a minor currently), sent messages that included threats to physically harm or kill V1 and has created bestiality pornography depicting V1 among his continued online harassment.

The subject has been identified by V1 and her sister (and other witnesses) as Filip Lipinski, a 19 year old dual citizen of the United States and Poland, but who resides in Denmark.   As of the current school year 2025/2026, Lipinski has moved to Yuma, Arizona, from Denmark, and enrolled as a high school student in the same high school as V1's sister.   I have checked travel records for Lipinski and compared them to events that V1 stated that she saw Lipinski in Yuma, Arizona in 2022, 2025, and 2026, and Lipinski was in the United States each of those three times according to his travel records.

On March 27, 2026, a search warrant was authorized through Yuma County Superior Court for Lipinski's residence.   Lipinski possessed two firearms (legal for him to possess as he is 19 years old and has no criminal history), ammunition, and a handwritten note that talked about self-harm that spoke of "the green eyed girl" (V1 has green eyes).   Lipinski has been charged with Arizona state charges of harassment, stalking, and threats naming both V1 and her sister.

I submit there is probable cause for Lipinski's arrest for violations of Stalking (18 U.S.C. § 2261A) involving travel in interstate and foreign commerce for his statements, and conduct that includes moving from Denmark to Yuma, Arizona.

1

## PRELIMINARY BACKGROUND INFORMATION

I am a Special Agent with the Federal Bureau of Investigation assigned to the Phoenix Division. I have been so employed since February 2023. I am investigating federal criminal violations related to national security, public corruption, and violent crimes against children in Yuma, AZ. I have received training in the investigation of cases involving criminal activity during my five months at the FBI Academy in Quantico, Virginia. Further, I have received additional on-the-job training, in-person training, and online training since graduating from the FBI Academy. The statements contained in this Affidavit are based on my experience and background as a Special Agent and on information provided by other law enforcement agents.

My training in law enforcement includes over ten years with the Federal Bureau of Investigation. As a Special Agent of the FBI, I am a graduate of the FBI Academy in Quantico, Virginia. I began working for the Federal Bureau of Investigation in January 2016 being assigned to the San Antonio Field Office and Washington Field Office before accepting a position as a Special Agent in February 2023. I have specific training in all aspects of conducting federal criminal investigations, including the planning, preparation, and execution of search warrants. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code §§ 2510(7), authorized to conduct investigations into alleged violations of federal law. The statements contained in this Affidavit are based on my experience and background as a Special Agent and on information provided by other law enforcement agents.

## STATUTORY AUTHORITY

This investigation concerns alleged violations of 18 U.S.C. §§ 2261A(1)(A) and 2261A(1)(B).

a.    18 U.S.C. § 2261A(1), in summary, prohibits a person from traveling in interstate or foreign commerce with the intent to kill, injure, harass, or intimidate another person, and in the course of or as a result of such travel or presence engages in conduct that places that person in reasonable fear of serious bodily injury to that person, or causes, attempts to cause, and would be reasonably expected to cause substantial emotional distress to that person.

2

## DETAILS OF INVESTIGATION

On February 2, 2025, the FBI National Threat Operations Center (NTOC) received an online tip from a then 20 year old woman, now 21 years old, hereafter referred to as V1 or Victim 1 and whose full identity is known to me. V1 is a resident of Yuma, Arizona who reported that she was harassed online by a person using various Discord accounts whom she believed lived in Denmark. An internal FBI Incident was created under Guardian 1182312_PX, which is the tip system used by the FBI for documentation. The lead was then sent to the Phoenix Office – Yuma Resident Agency due to victim residing in Yuma, and I began an investigation.

In addition to this Guardian tip, I have also spoken to V1 in 2025 and again in 2026 and received details from her involving these events. I have also reviewed her driver's record and she is described as a female with brown hair and green eyes. V1's statements to me included details about the online harassment and also in person events in Yuma, Arizona. The events have occurred over the approximate past four years and V1 has become extremely frightened at seeing this person in Yuma, Arizona at events where she was also present. Additionally, this person has enrolled in the same high school as her younger sister, and her younger sister reported this to the principal when she saw him as a student at her school. School officials confirmed his name as Filip Lipinski, and provided the photograph taken by the school that is part of his school records. The school record photograph of Filip Lipinski is below:

3



4

Through these sources (Guardian tip, and 2025 and 2026 interviews) the summary of V1's statement is below.

V1 recounted approximately four years of online harassment starting when V1 was 16 years old. In 2025, V1 reported that about four years ago, she began "following" a gaming streamer on the Discord platform. While following the streamer online, another streamer going by the name "Alex" began communicating with V1. After a couple of weeks, Alex professed his love for V1. V1 was unsettled by these comments and told Alex she was not interested in any romantic involvement with him. V1 expressed that during her communications with Alex, Alex told her that she looked like his sister who had committed suicide. She stated that her friends began "trolling" Alex.[1] Alex also began sending fictitious images that purportedly showed V1 engaging in sex acts with animals, including one that showed V1's face and a dog engaged in a sex act. V1 blocked Alex, and the other various accounts that she learned were him.

V1 gave me copies of screenshots of messages she had or that her friends saw or received from this person because he referenced V1 in these messages. [Note: Neither V1, nor her friends, saved complete sides of these conversations, including their trolling messages to this person. Some of the screenshotted messages had dates and others did not; however, they referred to events that were reported by V1, her sister, and their mother.]

During his Discord communications, "Alex" had posted a selfie of himself which V1 was familiar with and provided to me. This picture visually matched the school photograph of Filip Lipinski and is below:

---

[1] I am familiar with "trolling" in the online context which generally includes deliberate communications or posts to inflame or upset, or to derail the communications from the original topic. Sometimes trolling behavior is a misguided way to get the original offensive person to stop or change their position.

5



Through screenshotted messages given to me from Discord and Instagram, and through my interviews, I have put together the following timeline of the events that corroborated V1's and other witness's statements:

### April 2, 2021

I received an Instagram screenshot dated April 2, 2021, from V1 that showed a communication from a person using the display name "Stairway to Heaven." It stated, "To be specific, it was a photoshop of her face having sex with her dog."

### Events in January 2022

V1 turned 17 years old in January 2022. During her interview(s), she stated that for her birthday she went to the Yuma Palms Mall. While there, she was approached by a person she believed was the subject first known to her as Alex, later identified as Filip Lipinski. V1 stated she believed Alex and Lipinski was one in the same person because before her birthday, she became Snapchat friends with a Snapchat account of who she believed was a girl who claimed to go to another Yuma school. V1 told this girl that she, V1, was going to the Yuma Palms Mall to celebrate her birthday. The girl messaged and said she was sick, but that her male cousin was going to bring V1 something. Then, on the day that V1 was at the mall, V1 noticed a male with long oily hair, parted in the same way that "Alex" had done on Discord. The male followed V1 and her friends around the mall and repeatedly attempted to talk to V1. Eventually, V1 received a Snapchat audio call from the "girl" who had a male voice and who said, "I am sorry, I don't know why I did that." At this point, V1 realized that the girl Snapchat user and the unknown male at the mall were the same person from Discord. V1 contacted the Yuma Police Department to report the incident.

**March 14, 2022**

I received a Discord screenshot from V1 dated March 14, 2022, that showed communication between "Crocodile" and "Coffee."   Crocodile appeared to V1 to be Lipinski because of the contents of what he stated.   The screenshot read:

> **Crocodile:** Btw I read your journal things on reddit
>
> May I share a secret with you
>
> **Coffee:**    Sure
>
> **Crocodile:** Me and you aren't really that different, I read that article about how you were worried about them finding out it was you and honestly I can actually relate to that
>
> About a couple of months ago (around a year actually) there was this girl I met on discord and we became friends but than we stopped being friends cause I was a constant dick to all of her friends without even realizing it and than I got mad and sent her some extremely messed up shit a few weeks pass and her friends cat fish a photo of my face and that really pissed me off so as revenge I began digging into her and found out what city and school she sent to and me and my friends at the time started spamming horrible photos of her face photoshopped in really messed up ways she than left discord for a long time and tbh when I found that out I genuinely felt bad and deleted my discord account cutting all ties with those people

**_Separate (Undated) Communication between Crocodile and Coffee_**

I received a different Discord screenshot from V1, undated, which read:

> **Coffee:**    Also [V1] just really isn't that interesting (sorry), she is just a drummer and c….
>
> **Crocodile:** don't butcher me for this im just being honest I know there is many people out there thing is, [V1] is just different as much as i said I wanted to kill her and all that its ultimately her who helped me become a different person i used to be such a shy and chubby kid before i met her now ive lost 24 lbs and im much more confident in talking to myself, and [V1] thank you for coming to talk

**_Separate (Undated) Communication between Crocodile and Coffee_**

I received yet another separate Discord screenshot from V1, undated, which referred to Crocodile (believed by V1 to be Lipinski) having previously come to Yuma, which was consistent with V1 having seen him in January 2022 as she celebrated her 17th birthday.   These read:

> **Crocodile:** I told my mom to leave me there

8

**Coffee:** Are your parents neglectful?

**Crocodile:** No I begged them to

Spoilt brat moment

**Coffee:** I just seriously can't wrap my head around that happening

What is there in Yuma you could've used as an excuse to even go there?

**Crocodile:** I told my mom my friend had a birthday party there

**Coffee:** Ykw fair enough

### Separate (Undated) Communication by Crocodile

I received a different Discord screenshot from V1 written by Crocodile and a reference to V1's birthday with no information about who he communicated with, which stated:

that is true    I became much more confident in myself after the yuma situation I became braver also [V1] quick question did you get covid after your birthday just curious that's been on my mind for a while considering I had covid

### Separate (Undated) Communication with Coffee About V1

V1 provided me a separate, undated, Discord communication between a username "Asmodeus" and Coffee.   Asmodeus appeared to be another name used by Lipinski given that he wanted Coffee to communicate a message to V1 and used her name.   This screenshot showed the following:

**Asmodeus:** Dude you lied to me, Why did you friend her?  And wtf did you tell her (sends screenshot purportedly confirming that Coffee connected his/her account to V1's account, but illegible to me because so small)

**Asmodeus:** Look idk what you guys were talking about but could you please send her this at least

"Look [V1] I know you're probably aware I tried to get Coffee to dox[2] you but I want you to know now that I'm horribly sorry for that along with everything I said / did to you these past few days I was just angry at all the shit you guys were saying behind my back and all that stuff you said to me but now I realised how much I do care about you I'm really sorry I know you won't forgive me or be friends with me but please don't delete all your social media and please don't hurt yourself over this idk if you do or not but please just don't do anything drastic you don't

---

2   I am familiar that "dox" or "doxxing" in the online world is the process of releasing personal information of someone without their consent, i.e. like sending out personal documented information about a person.   It can be for revenge or criminal purposes like identity theft.

have to be friends with me or anything but please know that I'm sorry I really am it was stupid of me to go to your city and harass you like that…I know this is very sudden but I'm sorry [V1] I really am you have no idea how much it hurts me to see you this way, you're like my sister in a way"

(Then, about 5 hours later)

**Asmodeus:**    Dude please answer me

### Undated Communication Between Lipinski and V1

V1 gave me a screenshot from Instagram that showed her communication with Lipinski where he told her she reminded him of his sister.   This looked like part of a longer thread, but what V1 provided to me read:

**Lipinski:**    that, normally I'd never tell anyone this story because I'm afraid they'll use it as a way to insult me but because of all the shit I've done I feel like the only way we can move on is if I tell you this

I promise once I tell you I'll leave you alone for good

**V1:**    Hurry you have 1 minute

And Ur blocked

**Lipinski:**    Look dude, I've never told anyone this,

I had an older sister who was around 2 years older than me who committed suicide around 2019 and you just remind me so much of her  So everytime we end up arguing and blocking each other and just being against each other nearly feels like I'm loosing her again

Promise me you'll never tell any one about this

**V1:**    I won't I'm sorry that happened to you but I am not your sister

### March 14, 2022

I received another Discord screenshot from V1, also dated March 14, 2022, with a message posted by a username "Azazel" (believed to be Lipinski) on Discord.   In this message, I noted that the second paragraph below by "Azazel" was a duplicate of what "Crocodile" (believed to be Lipinski) wrote to Coffee above on the same date (March 14, 2022):

10

Me and you aren't really that different, I read that article about how you were worried about them finding out it was you and honestly I can actually relate to that

About a couple months ago (around a year actually) there was this girl I met on discord and we became friends but than we stopped being friends cause I was a constant dick to all of her friends without even realizing it and than I got mad and sent her some extremely messed up shit a few weeks pass and her friends catfish a photo of my face and that really pissed me off so as revenge I began digging into her and found out what city and school she went to and me and my friends at the time started spamming horrible photos of her face photoshopped in really messed up ways she than left discord for a long time and tbh when I found that out I genuinely felt bad and deleted my discord account cutting all ties with those people

A couple months go by and I find her Instagram account on accident so I decided to use that to try to be friends with her again which somewhat worked I pretended to be a girl (kinda what made me realize I was trans as well) to be friends with her again and I also was really worried that she would find me out this went on for a couple months until one day I get the wonderful idea to meet her in person on her birthday, so I ended up flying to her city and when I got there I said I got corona and said that my cousin would be going in my place which would also be me, and when we met I was so fucking nervous that I could barely speak to her or look at her, she ended up getting suspicious and when she started questioning me I told her the truth, she was extremely mad at me and my mom too when she found out I did all of this, but about a day later that girl ended up asking me why I did this and she ended up telling me that she was sorry I felt like I had to do this and that this was really scary for her cause she went through this before.   I deeply regret what I did   as well.

It's been about two months since this all happened

### *May 30, 2022*

I received a Discord screenshot from V1 that showed communication between "Coffee" and "Muzan." Muzan appeared to V1 to be Lipinski because of the contents of what he stated.   The screenshot read:

**Coffee:**   Wtf…

Who is this person?

11

**Muzan:**    That chick I flew to back in January all I did was ask why she was talking behind my back and she started flipping out on me I'm worried she's gonna fly down to my house and do something to me or worse   Idk what to fucking do anymore

**Coffee:**    No idea

I'm sure it's probably just exaggerating

**Muzan:**    Dude her friends can actually do that kind of shit

**Coffee:**    Even I doubt the police can do anything since you're not in the US

**Muzan:**    I've seen them dox people

**Coffee:**    Well I'd just cut her off entirely

That's what she wants with her threats so it might be best to just give in

**Muzan:**    Wdym also I already cut ties with her

She blocked me

**Coffee:**    Ignore her from now and it will probably not come to anything bad

Basically

**Muzan:**    Alright if you say so

**Coffee:**    If you make an effort to pay attention to what she does or communicate with her, it will probably go bad in some way

### *May 30, 2022*

V1 also gave me a Discord screenshot from Muzan, wherein Muzan stated to an unknown user (and it could have been a continuation of his contact with Coffee):

This chick is fucking psychotic this is the same chick who I met up with in Arizona I confronted her about some shit she said about me a while back and she just started threatening me and shit (sends two screenshots which are illegible) and continues "I'm worried she's gonna dox me or some shit.

### *May 31, 2022 Yuma Police Report by V1's Mother*

On May 31, 2022, V1's mother (full identity known to law enforcement) contacted the Yuma Police Department (Case Number: 2022-00030174) and reported that V1's friend had received a

12

message on Instagram from a user with the display name Noone (lonesome_ol_me) threatening to harm V1. I have this Instagram message and it reads:

> Hey, you probably already know who I am but do me a favour and tell that dumb bitch [V1] if she tries to fucking hurt me in any capacity I'll fucking fly back to Yuma and split that fucking whores face open like that cowardly cock sucking slut she is thank you and have a miserable day.
>
> In case you still don't know I'm the fucking freak who pulled up at her stupid birthday so if y'all try some shit on me I'll be more than glad to come back and fuck both of you up.
>
> And tell her if she really does want to do something to me tell her to pack her shit and come do something to me in Denmark herself and stop being a little bitch hiding behind a bunch of neckbeards[3] and cops
>
> And I hope she remains traumatised for the rest of her pathetic life

### *A Separate (Undated) Message from "Noone (lonesome_ol_me )*

V1 provided to me a separate screenshot from lonesome_ol_me, undated, where the user discussed V1, her sister, coming to Yuma, and her 17th birthday in January 2022. This message read:

> Hey dude please read this all I know about you is that you know [V1], chances are 1. You don't know me 2. You know me as the guy who's been harassing [V1] and in this case [V1's friend] as well, can you please just tell them that I'm horribly sorry that I made [V1] delete all her social media and that I'm sorry for going after [V1's friend] calling [V1] a whore and all that I seriously don't know what I was thinking when I said all that and went to her city I regret this shit so much so please as a brother to a fellow brother promise me you'll make sure she won't hurt herself or have to live in fear anymore I hate seeing [V1] this hurt and I hate myself for everything I said/did to her and I wish I never did it especially me ruining her 17th birthday and please promise me you'll look after her and that she won't hurt herself

---

3 I am familiar that "neckbeard" is currently a disparaging slang term for men who grow facial hair primarily on the neck and jawline, describing a male who is socially inept and awkward , perhaps with a sedentary lifestyle of being on the computer a significant amount.

**_June 19, 2022_**

I received a Discord screenshot from V1 that showed communication between "Crocodile" and "Coffee" dated June 19, 2022. This screenshot again corroborated that Lipinski (Crocodile) was from Denmark.

**Crocodile:** Yeaah lol

Oh no my parents bought a house here in Poland so we don't have to rent hotels or anything.

**Coffee:**     Moving to poland challenge

**Crocodile:** We also drove here so we could take it back to Denmark

Moving to Poland speedrun

**Coffee:**     Wait where tf do you live then?

Denmark or the US or poland?

**Crocodile:** Oh we live in Denmark but to go Poland on the holidays

**_September 8, 2022_**

I received a Discord screenshot from V1 that showed a screenshot taken from a username "the midnight (derpy arc)," a friend of V1, who had written "Love that it's my personal failings that ensure you must die" but also sent a screenshot of three messages between Crocodile and Coffee that read:

**Crocodile:**   You know what if you see [V1] tell her I just said one thing. If I ever see her again im going to blow her fucking brains out (also including a picture of [V1])

**Coffee:**     Calm down

**Crocodile:** I'm going to block you now not because you backstabbed me but because you told people about this

Nvm

**_June 20, 2023_**

I received a screenshot from V1 written to her from a person with a display name "Big Ass Pitbull," who V1 believed was Lipinski. Big Ass Pitbull wrote

14

@LiV but on a serious note, please take care [V1] im sorry for acting a bit crazy, I really do wish you well in life, I really wish you don't have to worry about this anymore, im very sorry for what I did and said, im very sorry that all of this happened, I under stand if youre mad at me and don't want to be friends if you want this to be over its over now im so sorry for the pain I caused to you and others, I really hope you find peace, ill leave you alone from now on   im not telling you to cut contact with soul you can stay in touch with him if you like?   just please cut ties with those damn pedos

### *Another (Undated) Screenshot Provided by V1*

V1 provided to me another screenshot that one of her friends received from a user that appeared to be Lipinski based on the fact he referred to her by name and by the statements he made. This screenshot read:

[V1] isn't even human in my eyes she deserves everything I've done to her and if I see her in public again I'm going to kidnap her and rape her and use her as my sex slave for the rest of her pathetic life

And tell that tranny faggot [V1's friend] If I ever see his fucking homeless disfigured face I'll smash it into the pavement

Lmao stfu[4] if I ever saw you in public you'd end up as the next junko furuta[5]

Up yours gook I can talk to people normally its your fault for falling into thats stupid spics [V1] delusions along with that tranny fuck [V1's friend]

Youre gonna blow my brains out, than do it than bitch, come to Denmark and bring [V1] with you ill smash your head in with a brick and than force feed it down [V1's] throat and than after wards ill rape the fuck out of her

all if this is you, [V1 and V1's friend's] fault for being so fucking stupid the moment I find out where [V1] lives im gonna burn her whole fucking spic family alive fucking watch me bitch

---

[4] I am familiar that this means "shut the fuck up"

[5] An internet search for "Junko Furuta" shows that Junko Furuta was a Japanese girl who, at age 17 years old, was abducted, sexually assaulted, tortured, and murdered by four teenage boys over a period of 40 days in 1988.   The four boys were ages 18, 17, 17, and 16.   The case was known as the "concrete-encased high school girl murder case."

ill follow that spic to the darkest ends of hell so have fun living with your delusional theories about me

and when did you ever do any favours for me all youve done was make things worse and lie behind my back so stfu

And it's [V1's] fault for being such a fucking retard all she does is lie about everything and likes to act big and touch when she harasses people but the moment people start harassing her than it's a problem so here's one last message to you  [V1]:  if I ever have to deal with you again or any neckbeard, tranny or god knows who your friends with I'm coming back to Yuma Arizona and I'll Fucking behead [V1's friend] and than I'll Smash [V1's friend] who lives at [specific address redacted, Yuma, AZ] head in I'll always be better than you, fucking whore you can't even play the drums properly in that garbage bad of yours spic

### Events from Yuma County Fair in April 2024

V1 reported that she attended the Yuma County Fair in April 2024.  While there, a male who appeared to be the same as the male from her 17th birthday at the mall made repeated attempts to speak with her.  The male would approach V1 and attempt to show her a picture on his phone.  V1 felt intimidated and harassed by him.   She began feeling like her life was in danger and suffered significant emotional distress that affected her day to day life.

### Events on January 20, 2026

V1 reported that she attended a K-Pop Tribute Show at Yuma County Fairgrounds on January 20, 2026 with her sister.   While there, she noticed a male attempting to take a video of her and her sister. The male attempted to get behind her and her sister to record them.  V1 recognized him as the same person she had seen at the mall (January 2022) and at the Yuma County Fair (April 2024). At one point, the male approached V1 and her sister holding two phones.  One phone appeared to be filming the interaction while the second phone had a picture that looked to V1 like a man sitting on toilet.  The male showed the picture, spoke and random series of words possibly in another language, before walking away.  V1 recorded the event and I have viewed the video.  The video showed a crowded noisy venue.

I saw a male who visually matched Lipinski that approached holding a cell phone that he had facing toward V1 with a man's image on it. He spoke words that I did not understand and then walked off. I heard voices stating V1's name and V1 stating, to the effect, she was going to call the police. V1 told me that the interaction occurred outside of the fairgrounds by the trailer. V1 said she felt threatened enough to use pepper spray. An off duty Yuma Police Department officer attempted to chase down the male but could not locate him in the dark. V1 made a police report about the incident. (Yuma PD No. 2026-05324)

### Identification of Lipinski

On March 18, 2026, now age 21, V1 picked up her sister from school. The sister said that the male from the Yuma County Fairgrounds was in her biology class and his name was Filip. The sister stated that when she saw him in her class, she went to report it to the school principal. The principal provided a school picture of him, and the sister identified Filip Lipinski as the same person as she had seen at the Yuma County Fairgrounds on January 20, 2026.

A Yuma Police Department detective (known to me) contacted the School Resource Officer for the high school, who provided the name for the student as Filip Lipinski, DOB 2006, and currently 19 years old. The School Resource Officer said that Lipinski moved to the United States alone from Europe in October 2025. The records showed that Lipinski resided by himself at an apartment on 8th Avenue in Yuma, Arizona.

### Travel History

Below is the travel history for Filip Lipinski where he has flown four times to the United States from Europe from 2022 to 2026.

17

**January 2022 Travel**

The earliest trip that I confirmed was Lipinski flying to the United States at the time of V1's 17th birthday. I am familiar that "LHR" is the London Heathrow airport and "LAX" is the Los Angeles airport. From this travel record, Lipinski was in the United States from January 25, 2022 – February 6, 2022, thus during V1's birthday and time she attended the Yuma Palms Mall for her 17th birthday in January 2022.

| | | | P | | | |
|---|---|---|---|---|---|---|
| LIPINSKI, Filip Alexandros | 05/19/2006 | 566929635 (USA) | | A273 | A27 d | Inbound |
| BA 269 (LHR > LAX) | OBD | 01/25/2022 | 21:39 | | | (Tue) |
| LIPINSKI, Filip Alexandros | 05/19/2006 | 566929635 (USA)-- | P | - d | | Outbound |
| BA 280 (LAX > LHR) | OBD | 02/06/2022 | 18:00 | | | (Sun) |

**April 2024 Travel**

Subsequently, in April 2024, V1 attended the 72nd Annual Yuma County Fair held April 2 - 7, 2024. While at the event, V1 was approached by the same male several times. She said he was the same male from her 17th birthday.

Below is the travel history for Filip Lipinski in April 2024. I am familiar that "AMS" is the airport code for Amsterdam Airport Schiphol, and is the main international airport of the Netherlands.

By these records, Lipinski was in the United States between April 3 – April 9, 2024 which included most days of the fair.

| | | | P | | | |
|---|---|---|---|---|---|---|
| LIPINSKI, Filip Alexandros | 06 | 05/19/20 566929635 (USA) | | 3 | A27 d | Inbound |
| KL 601 (AMS > LAX) | OBD | 04/03/2024 | | 15:06 | | (Wed) |
| | | | P | | | |
| LIPINSKI, Filip Alexandros | 06 | 05/19/20 566929635 (USA) | | 1 | A27 nd | Outbound |
| AF 23 (LAX > CDG) | OBD | 04/09/2024 | | 17:49 | | (Tue) |

**Travel in September 2025 to present**

On January 20, 2026, V1 said she attended a K-Pop Tribute show at the Yuma County Fairgrounds. While at the event, she reported that the same male from the previous two incidents confronted V1 and her sister. The encounter led to an incident outside the fairgrounds that led to the male fleeing from an off duty YPD officer.

Lipinski was present in the United States on the day of the K-Pop Tribute Show. I am familiar that the airport code "CPH" is the Copenhagen Airport in Copenhagen, Denmark. The airport code "CDG" is for the Charles de Gaulle Airport in Paris, France. "PHX" is for Phoenix Sky Harbor International Airport in Phoenix, Arizona. The below travel records showed that Lipinski was in the United States between September 30, 2025 – December 17, 2025; and then arrived again on January 9,

19

2026 without a return record back to Europe.   Thus, Lipinski was in the United States during the January 20, 2026, K-Pop show.

| | | | | | | |
|---|---|---|---|---|---|---|
| P | | | | | | |
| LIPINSKI, Filip Alexandros | 05/19/2006 | 566929635 (USA) | | A273 | | Inbound |
| SK 931 (CPH > LAX) | OBD | 09/30/2025 | 20:03 | | | (Tue) |
| P | | | | | | |
| LIPINSKI, Filip Alexandros | 05/19/2006 | FB6884093 (POL) | -- | -- | d | Outbound |
| AF 69 (PHX > CDG) | OBD | 12/17/2025 | 15:50 | | | (Wed) |
| P | | | | | | |
| LIPINSKI, Filip Alexandros | 05/19/2006 | 566929635 (USA) | | A263 | d | Inbound |
| AF 68 (CDG > PHX) | OBD | 01/09/2026 | 16:23 | | | (Fri) |

### *March 19, 2026 Interview with Lipinski*

On March 19, 2026, two law enforcement officers (known to me) and I interviewed Lipinski at his Yuma residence on 8th Avenue in Yuma, Arizona.   Lipinski gave statistical details, including his phone number that ended in 5827 (full number known to me).   Lipisnki stated he was from Copenhagen, Denmark. His mother is American and his father is not. Lipinski stated he visited Yuma a few years ago

and really liked Yuma. Lipinski described how people were really friendly here and when he went to a Walmart people would greet him with good morning. When walking around his hotel, people were still very friendly to him compared to Copenhagen. Lipinski stated he had no friends in Copenhagen.

Lipinski stated he moved to Yuma in the fall of 2025 and his mother assisted in co-signing a lease with him.   Law enforcement asked Lipinski several times why he chose to travel to Yuma a few years ago pointing out that Yuma is a remote location and not a major city. Lipinski continued to reiterate that Yuma is a really friendly place. Agents then asked if Lipinski knew a girl by the name of [V1]. Lipinski initially denied knowing an "[V1]" until admitting that he did know a female named V1 online. Lipinski then explained that he met V1 online and decided to visit after she said she was from Yuma and liked it here. I asked Lipinski if he was still in contact with V1.   Lipinski stated he had not spoken with her in two years.   Lipinski stated the high school where he was enrolled (same as where V1's sister goes) and when he graduates, he would like to become a lawyer and go to Arizona Western College.

Law enforcement again asked Lipinski about the incident V1 reported in January 2026 in light of Lipinski's claims he had not spoken with V1 in two years.   Specifically, officers asked if Lipinski followed V1 and her sister to the fairgrounds.   Lipinski said he was there first.   Lipinski stated he saw V1 and decided to play an inside joke on V1 by walking up to her, showing her a photo of a man and saying "lightning will strike yourself." Lipinski stated he was pepper sprayed by V1 and had not seen her since.

On March 27, 2026, I served as Emergency Disclosure for the Instagram account Noone (lonesome_ol_me).   Meta provided results from the username to include messages and profile information. The vanity name is now _sm0keitup_ and the registration date was 2020-09-08 20:01:07 UTC. The registration IP Address is 62.44.135.89 which according to open source analysis comes back to Denmark. Lipinski is from Denmark. The listed birthday for the Instagram account user was a specific

21

date in 2006, and the same DOB as Lipinski's DOB according to his Arizona Driver's License details, United States Passport, and Polish passport information. The associated phone number with the Instagram account was the same number that Lipinski provided, ending in 5827. Lipinski denied having spoken to V1 in two years, however, according to message history, the username _sm0keitup_ began an Instagram conversation with a user with "glittr" in the name on October 25, 2025. I confirmed with V1 that the account with "glittr" in the name was an Instagram account she used. The user sm0keitup_ claimed to have gone to a different high school in Yuma, Arizona (with which I am familiar) and appeared to be using the conversation to contact V1.

On April 18, 2025, I had served a subpoena to Discord after speaking with V1. V1 identified seven (7) different accounts which were used by Lipinski. In light of the newest events, I noted that one of these accounts, "theend3831" had the email f.lipinski30@gmail.com attached. Another account, "BigassPitbull#4758 had the email f.lipinski21@gmail.com attached along with a phone number ending in 5403 (full number known to me). The number ending in 5403 is associated with Lipinski's mother as confirmed through Lipinski's current high school parental contact form. Additionally, three of the seven accounts were created with registration IP addresses from Denmark.

On March 26, 2026, I interviewed the principal at Lipinski's high school. During this interview, the principal told me that some students had reported concerns about Lipinski and described odd behavior he exhibited. One example was that Lipinski showed up at a party to which he had not been invited. The principal also relayed that Lipinski had asked a guidance counsel to print a flyer for the purpose of selling a firearm of his. The guidance counselor declined this request.

On March 27, 2026, Yuma Police Department executed a search warrant they had obtained from a Yuma County Superior Court judge for Lipinski's residence. On that date, Lipinski's residence contained two firearms, a flag on the wall that had an emblem of an animated skull wearing a beret, a

22

bloody knife behind the skull, and words that read "KILL 'EM ALL LET GOD SORT 'EM OUT!"   The residence also had a handwritten note that read:

21/01/2026

if the worst were to happen and someone finds me dead, know that i got framed for something i didnt do she is crazy she haunts me every step of my life she caused my suffering and misfortunes in life, she will not stop until she has my head I have been losing sleep, dreading what she will do to me next Wether its prison, isolation or worse.   Let my tale be a dire warning to anyone who is dumb enough to challenge the girl with the green eyes of death she will destroy you from the inside out, She is the human embodiment of torture im scared can't step out without Feeling like someone is looking for me I really messed up every time I hear sirens I clutch my shotgun ready to blow my brains out, if im dead i Leave everything to my father, Rick Bruno Jr. he didn't get much, from his mom the least i can do is give him my things but please stay Away from the green eyed girl.

On March 27, 2026, Lipinski was arrested by Yuma Police Department for charges relating to stalking, threats, and harassment threats and harassment charges relating to V1 and her sister and is currently in custody at the Yuma Detention Center.

### CONCLUSION

I respectfully submit there is probable cause to believe that the federal criminal statutes cited herein have been violated by Filip Lipinski, namely, 18 U.S.C. §§ 2261A(1)(A) and 2261A(1)(B).

Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted,

Nicholas Gaietto
Special Agent
Federal Bureau of Investigation

Sworn and subscribed telephonically before me this 1st day of April, 2026.

HONORABLE JAMES F. METCALF
United States Magistrate Judge

23